**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIBELDA ROBLERO GARCIA,<br>Petitioner,<br>vs.<br>TODD BLANCHE, et al.<br>Respondents. | CASE NO. 5:26-cv-3716-SK<br>**JUDGMENT** |

Pursuant to this Court's Order Granting Petition**, IT IS ADJUDGED** that Petitioner **Rosibelda Terceli Roblero Garcia** (**A# 099-628-952**) is to be released from ICE custody immediately under appropriate conditions of release.

The Clerk of Court is instructed to close this case.

DATED: July 27, 2026

STEVE KIM
United States Magistrate Judge